UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

------------------------------------------------------x
HEIDELBERGER DRUCKMASCHINEN  :
AKTIENGELLSCHAFT             :
                             :
          Plaintiff,         :
                             :    8:08-cv-01759-SDM-EAJ
     v.                      :
                             :
DEMERS INCORPORATED and,     :
KEVIN S. DEMERS,             :
                             :
          Defendants.        :
------------------------------------------------------x

*[Stamped annotations: This motion ... petition ... DENIED. Stipulation ... APPROVED. Motion ... GRANTED AS MOOT. DENIED ... in Tampa, FL on 12/30. STEVEN D. MERRYDAY, UNITED STATES DISTRICT JUDGE]*

UNOPPOSED MOTION FOR EXTENSION OF TIME TO
FILE CASE MANAGEMENT REPORT AND PROPOSED ORDER

COMES NOW, the Plaintiff, HEIDELBERGER DRUCKMASCHINEN AKTIENGELLSCHAFT, by and through its undersigned counsel, seeking an Order granting Plaintiff's unopposed motion to file the Joint Case Management Report in connection with the above-captioned matter. The grounds for Plaintiff's motion are as follows:

In accordance with Rule 26 of the Federal Rules of Civil Procedure, and Local Rule 3.05, on December 11, 2008, the undersigned counsel for Heidelberger and Vincent Lynch of the firm of Robbins Equitas, counsel for defendants Demers, Inc. and Kevin S. Demers, met via teleconference to discuss a proposed Case Management Plan. As a result of that meeting, a draft Joint Case Management Report containing the dates discussed during the teleconference was prepared and forwarded to counsel for Defendants for review and consideration. The draft report was forwarded with the understanding that